**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

In re: **Cascade Acceptance Corporation**  Case No. **09-13960**

Chapter **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

1. Gross Income For 12 Months Prior to Filing: $ **11,541,992.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

2. Gross Monthly Income: $ **1,000,000.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

3. Net Employee Payroll (Other Than Debtor)  $ **50,000.00**
4. Payroll Taxes  **1,828.00**
5. Unemployment Taxes  **28.00**
6. Worker's Compensation  **0.00**
7. Other Taxes  **0.00**
8. Inventory Purchases (Including raw materials)  **0.00**
9. Purchase of Feed/Fertilizer/Seed/Spray  **0.00**
10. Rent (Other than debtor's principal residence)  **3,333.00**
11. Utilities  **150.00**
12. Office Expenses and Supplies  **2,500.00**
13. Repairs and Maintenance  **45,000.00**
14. Vehicle Expenses  **3,500.00**
15. Travel and Entertainment  **5,000.00**
16. Equipment Rental and Leases  **250.00**
17. Legal/Accounting/Other Professional Fees  **12,000.00**
18. Insurance  **750.00**
19. Employee Benefits (e.g., pension, medical, etc.)  **8,800.00**
20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):
    **None**
21. Other (Specify):
    **Interest - Bank of Marin**  **58,465.00**
    **Interest - Investors**  **675,000.00**
    **Finders Fees**  **4,750.00**
    **Title Company Fees**  **1,400.00**
    **Appraisal Fees**  **500.00**
    **Postage and Delivery**  **1,250.00**
    **SEE ATTACHED PAGE FOR**
    **ADDITIONAL INFORMATION**

22. Total Monthly Expenses (Add items 3 - 21)  $ **874,504.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)  $ **125,496.00**