CASCADE ACCEPTANCE CORPORATION NOTES
FOR BUSINESS INCOME AND EXPENSES
STATEMENT

CASE # 09-13960

A SIGNIFICANT NUMBER OF INCOME AND EXPENSE ITEMS REPRESENT POSTINGS TO NOTES RECEIVABLE AND NOTES PAYABLE ACCOUNTS. ACCORDINGLY, THE NET INCOME REPORTED DOES NOT NECESSARILY REPRESENT THE AMOUNT OF CASH FLOWS PROVIDED FROM OPERATIONS.

PREPARED "BEFORE TAXES" -NO PROVISION MADE FOR FEDERAL OR STATE INCOME TAXES

NO PROVISION MADE FOR GAINS OR LOSSES ON DISPOSAL OF REAL ESTATE OBTAINED THROUGH FORECLOSURE OR FOR BAD DEBTS FROM THE WRITE OFF OF NOTES RECEIVABLE

NO PROVISION MADE FOR DEPRECIATION

# 3 -NET EMPLOYEE PAYROLL $25,000 EACH FOR BARNEY GLASER AND FRED TAYLOR.

# 13 -REPAIRS AND MAINTENANCE INCLUDES EXPENSES ASSOCIATED WITH THE HOLDING OF REAL PROPERTY OBTAIN THROUGH FORECLOSURES

#21 - OTHER EXPENSES

| | | |
|---|---|---:|
| INTEREST - | BANK OF MARIN | 58,465 |
| | INVESTORS | 675,000 |
| FINDERS FEES | | 4,750 |
| TITLE COMPANY FEES | | 1,400 |
| APPRAISAL FEES | | 500 |
| POSTAGE & DELIVERY | | 1,250 |
| TOTAL | | 741,365 |