1  DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
   PATRICIA A. CUTLER, Trial Attorney (#50352)
2  U.S. Department of Justice
   Office of United States Trustee
3  235 Pine Street, Suite 700
   San Francisco, California 94104
4  Telephone: (415) 705-3333
   Facsimile: (415) 705-3379

Attorneys for Acting United States Trustee
 SARA L. KISTLER

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| In re: | ) | Case No. 09-13960 AJ |
|---|---|---|
| CASCADE ACCEPTANCE CORPORATION | ) ) ) | Chapter 11 |
| Debtors. | ) ) ) ) | |

**APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the following unsecured creditors of the above-named debtor, each being among those holding the largest unsecured claims against the debtor and being willing to serve, are appointed to the Official Committee of Unsecured Creditors:

1.  **J.H. Evans Trust**
    c/o Gordon Snyder, Trustee
    28 Middle Street, Suite 100
    Keene, N.H. 03431
    (603) 357-9311

2.  **Jerome D. Oremland, M.D.**
    125 Santa Rosa Ave.
    Sausalito, CA. 94965
    (415) 751-7390

3. **Steven Hoch**
   P.O. Box 5506
   Tahoe City, CA 96145-5506
   (530) 581-1139

4. **Hansi Hagemeister**
   60 Valley Circle
   Mill Valley, CA. 94941
   (415) 381-5240

5. **Carol P. Eastin**
   1352 W. Wrightwood Ave.
   Chicago, IL 60614-1242
   (773) 549-5169

6. **David M. Madway**
   5676 Oak Grove Avenue
   Oakland, CA 94618
   (510) 701-5889

7. **Richard Krauthamer, M.D.**
   41 Crest Road West
   Rolling Hills, CA 90274-5057
   (310) 544-2631

Dated: December 14, 2009         Sara L. Kistler, Acting U.S. Trustee

                                 By: /s/ Donna S. Tamanaha
                                     Assistant U.S. Trustee

APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS-09-13960                    - 2 -