DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
PATRICIA A. CUTLER, Trial Attorney (#50352)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

Attorneys for Acting United States Trustee
 Sara L. Kistler

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re ) No. 09-13960 AJ
)
) Chapter 11
**CASCADE ACCEPTANCE** )
**CORPORATION**, )
)
            Debtor            )

## CERTIFICATE OF SERVICE

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the Office of the United States Trustee, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 235 Pine Street, Suite 700, San Francisco, California 94104, that on the date set out below, I served a copy of the attached

**AMENDED APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

upon each party listed below by placing such a copy, enclosed in a sealed envelope, with prepaid postage thereon, in the United States mail at San Francisco, California, addressed to each party listed below.

Debtor
Cascade Acceptance Corporation
c/o Barney Glaser
P.O. Box 400
Mill Valley, CA 94942

Debtor's Counsel
Douglas B. Provencher
Law Office of Provencher and Flatt
823 Sonoma Avenue
Santa Rosa, CA 95404

CERTIFICATE OF SERVICE - 1 -

Case: 09-13960   Doc# 27-1   Filed: 12/14/09   Entered: 12/14/09 13:17:37   Page 1 of 3

Creditor Committee Members
J.H. Evans Trust
c/o Gordon Snyder
28 Middle Street, Suite 100
Keene, N.H. 03431

Jerome D. Oremland, M.D.
125 Santa Rosa Ave
Sausalito, CA 94965

Steve & Catherine Hoch
P.O. Box 5506
Tahoe City, CA 96145-5506

Hansi Hagemeister
60 Valley Circle
Mill Valley, CA 94941

Carol P. Eastin
1352 W. Wrightwood Ave.
Chicago, IL 60614-1242

David M. Madway
5676 Oak Grove Ave.
Oakland, CA 94618

Richard Krauthamer, M.D.
41 Crest Road West
Rolling Hills, CA 90274-5057

Interested Party/Creditors
Norman Scheiner
Carol Barnett
14 Laurel Lane
Sausalito, CA 94965

Harry Snyder
Vivian Snyder
137 Oakdale Ave.
Mill Valley, CA 94941

Linda M. Kahn
Richard C. Kahn
2430 Pacific Ave.
San Francisco, CA 94115-1238

Roger Pritchard
1514 McGee Ave
Berkeley, CA 94703

Samuel Hoch, M.D.
2710 Lake Street
San Francisco, CA 94121

CERTIFICATE OF SERVICE - 2 -

Linda Gohlke
2560 Wellington Ct.
Evanston, IL 60201

Carol Ayala
5575 B. Wailaau Rd.
Kola, HI 96756

Architectural Trust
c/o Steven McClain
1906 R Street NW Ste 100
Washington, D.C. 20009

Shirah Bell
6235 30th Ave NE
Seattle, WAS 98115

Roger Galvin
6122 Wildcat Run
West Palm Beach, FL 33412

Lerner & Bear, Inc.
c/o Carolyn Glaser
P.O. Box 1451
Mill Valley, CA 94942

Mill Valley Financial Corp.
c/o Andrew Rhine
P.O. Box 352
Mill Valley, CA 94942

    I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on December 14, 2009.

By: __/s/_____
    Donna Jensen

CERTIFICATE OF SERVICE — - 3 -