**Entered on Docket**
**January 13, 2011**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
DANIEL M. LINCHEY, ESQ. CA Bar #111739
KATHERINE D. RAY, ESQ. CA Bar #121002
44 Montgomery Street, Suite 850
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for Timothy W. Hoffman, Trustee

**Signed: January 13, 2011**

**ALAN JAROSLOVSKY**
**U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>CASCADE ACCEPTANCE CORPORATION,<br><br>Debtor. | Case No. 09-13960<br><br>Chapter 7 |

**ORDER APPROVING APPOINTMENT OF REAL ESTATE BROKER**
**(1700 Twin Sisters Road, Fairfield, CA)**

Upon consideration of the application of Timothy W. Hoffman, Trustee of the chapter 7 estate of the above-named debtor, requesting authority to employ Coldwell Banker, located at 165 First Street, Petaluma, California 94952, telephone number (707) 769-4325, as his real estate broker for the sale of the estate's interest in the real property located at 1700 Twin Sisters Road, Fairfield, CA ("Twin Sisters Property"); no adverse interest having been represented; and a copy of the aforementioned application having been served upon the Office of the United States Trustee on January 5, 2011 and no objection to that application having been received therefrom; the Court being satisfied that Coldwell Banker is a disinterested person, and the employment of Coldwell Banker would be in the best interest of the estate;

**IT IS HEREBY ORDERED** that:

1. Timothy W. Hoffman, Trustee, is authorized to employ Coldwell Banker as his real estate broker for the above-captioned case, to sell the estate's Twin Sisters Property in exchange for a broker's

commission of 5%; and

2. The payment of the foregoing broker's commission shall be subject to Bankruptcy Court approval on notice to creditors.

**END OF ORDER**



Case: 09-13960 Doc# 344 Filed: 01/13/11 Entered: 01/13/11 18:15:19 Page 2 of 2