# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re Cascade Acceptance Corporation, Case No. 09-13960

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

*A CLAIM HAS BEEN FILED IN THIS CASE* or deemed filed under *11 U.S.C.* § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

The Survivor's Trust under the Paul and Linda Kahn Trust dated 11/7/95
Name of Transferee

The PM Kahn & Associates Retirement Plan and Trust
Name of Transferor

Name and Address where notices to transferee should be sent:
Linda M. Kahn, Trustee of the Survivor's Trust
1242 Belvedere Ave
Jacksonville, FL 32205-7941

Phone: 904-625-1031
Last Four Digits of Acct #: ______________

Court Claim # (if known): 105-1
Amount of Claim: $801,819.41
Date Claim Filed: 03/11/2010

Phone: 904-625-1031
Last Four Digits of Acct. #: 13-1

Name and Address where transferee payments should be sent (if different from above):
Same as above.

Phone: ______________
Last Four Digits of Acct #: ______________

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Linda M Kahn
Transferee/Transferee's Agent
Linda M. Kahn, Trustee of the Survivor's Trust under
The Paul and Linda Kahn Trust dated 11/7/95

Date: 12/31/2010

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.