Form 210A (10/06)

# United States Bankruptcy Court
## Northern District Of California

In re Cascade Acceptance Corporation, et al.,　　　　　　　　Case No. 09-13960-AJ
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Chapter 11*, Jointly Administered

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Jennifer Drake TTEE** | **Fulcrum Distressed Opportunities Fund I, LP** |
|---|---|
| Name of Transferor | Name of Transferee |

Name and Address where notices to transferee should be sent:

Jennifer Drake
550 San Rafael, Ave #A
Belvedere, CA 94920

Name and Current Address of Transferor:

Fulcrum Distressed Opportunities Fund I, LP
111 Congress Avenue, Suite 2550
Austin, Texas 78701
Attn: General Counsel
Tel: (512) 473-2776
Fax: (512) 473-2772

Amount of Claim: $299,292.00**
Claim No. 151 (See Exhibit C)
Date Claim Filed: March 18, 2010

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Matthew W. Hamilton__　　　　　　　　　　Date: __March 4, 2011__
　　　Transferee/Transferee's Agent

**See Evidence of Transfer, attached as Exhibit A hereto, and Schedule of Transferred Claims, attached as Exhibit B hereto, for complete description of amount and nature of claims assigned**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT A**
EVIDENCE OF TRANSFER

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

Jennifer Drake TTEE, with an address at 550 San Rafael, Ave #A, Belvedere, CA 94920 ("**Seller**") transfers unto Fulcrum Distressed Opportunities Fund I, LP, its successors and assigns ("**Buyer**"), pursuant to the terms of that certain Purchase and Sale Agreement For Certain Claims In The Chapter 11 Cases[1], of even date herewith (the "**Agreement**"), all of its right, title and interest in and to the claims, identified on the attached Schedule (the "**Claims**"), against Cascade Acceptance Corporation (the "**Debtor**"), in proceedings for reorganization (the "**Proceedings**") in the United States Bankruptcy Court for the Northern District of California (the "**Court**"), jointly administered under In re Cascade Acceptance Corporation, et al., Chapter 11 Case No. 09-13960-AJ.

Seller hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the foregoing Claims and recognizing the Buyer as the sole owner and holder of the Claims. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the Seller and the Buyer have caused this Evidence of Transfer to be duly executed as of February 7, 2011.

**SELLER:**

JENNIFER DRAKE TTEE

By: _____
Name: Jennifer Drake
Title: Trustee

---

[1] Capitalized terms not otherwise defined herein, have those meaning ascribed to such terms in the Agreement.

Case: 09-13960   Doc# 381   Filed: 03/04/11   Entered: 03/04/11 10:06:02   Page 2 of 6

# EXHIBIT B
## SCHEDULE OF TRANSFERRED CLAIMS

| Transferor Name | Transferee Name | Proof of Claim Number | Proof of Claim Amount |
|---|---|---|---|
| Jennifer Drake | Fulcrum Distressed Opportunities Fund I, LP | 151 | $299,292.00 |

# EXHIBIT C
## PROOF(S) OF CLAIM TRANSFERRED

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT  Northern District of California | PROOF OF CLAIM |
|---|---|

| Name of Debtor: CASCADE ACCEPTANCE CORPORATION | Case Number: 09-13960 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Jennifer Drake TTEE

Name and address where notices should be sent:
550 San Rafael Avenue #A
Belvedere, California 94920

Telephone number: 415-435-5727

**ORIGINAL FILED MAR 1 8 2010 U.S. BANKRUPTCY COURT SANTA ROSA, CA**

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):
Same as above

Telephone number: 415-435-5727

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 299,292.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** Money loaned
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 3692 (3692)
   3a. Debtor may have scheduled account as: Jennifer Drake Exempt Trust
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____  Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____  Basis for perfection: _____

Amount of Secured Claim: $_____  Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☒ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| Date: 3/16/2010 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.  /s/ Jennifer Drake | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B6F (Official Form 6F) (12/07) - Cont.

In re **Cascade Acceptance Corporation**          Case No. **09-13960**
                        Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 36043 Weiss<br>JD Weiss<br>860 Mt View Rd<br>Lafayette, CA 94549 | | | 6-8-05 promissory note | | | | 101,095.91 |
| ACCOUNT NO. 502 Conger Fixed<br>Jean Conger<br>370 Glenn St<br>Ashland, OR 97520 | | | 5-7-05 promissory note | | | | 164,749.45 |
| ACCOUNT NO. 5351 Jennifer Drake<br>Jennifer Drake<br>550 San Rafael Ave #A<br>Belvedere, CA 94920 | | | 11-6-08 promissory note | | | | 105,509.14 |
| ACCOUNT NO. 535 Jennifer Drake<br>Jennifer Drake<br>550 San Rafael Ave #A<br>Belvedere, CA 94920 | | | 1-25-07 promissory note | | | | 294,868.98 |
| ACCOUNT NO. 486 Forbeck<br>Jennifer Forbeck<br>115 Reed Blvd<br>Mill Valley, CA 94941 | | | 7-28-04 promissory note | | | | 38,773.02 |

Sheet no. 24 of 52 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $ 704,996.50

Total > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Case: 09-13960   Doc# 25    Filed: 12/11/09    Entered: 12/11/09 08:30:03    Page 25 of
Case: 09-13960   Doc# 381   Filed: 03/04/11   Entered: 03/04/11 10:06:02   Page 6 of 6