1 | GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
2 | DENNIS D. DAVIS, ESQ. CA Bar #070591
44 Montgomery Street, Suite 850
3 | San Francisco, CA 94104
Telephone: (415) 362-5045
4 | Facsimile: (415) 362-2392

5 | Attorneys for Timothy W. Hoffman, Trustee

6

7

8 | IN THE UNITED STATES BANKRUPTCY COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | SANTA ROSA DIVISION

11

12 | In re:                                    Case No. 09-13960

13 | CASCADE ACCEPTANCE                        Chapter 7
CORPORATION,
14 |                    Debtor.

15

16

17 | **STIPULATION RE CLAIM NO. 147**

18 | WHEREAS, Pam Foulds filed Claim No. 147 in the amount of $111,986.15;

19 | WHEREAS, the Trustee has alleged that Pam Foulds received a preferential transfer in the

20 | sum of $40,000;

21 | WHEREAS, claimant Pam Foulds is unable to return any preference amount to the estate

22 | because of her financial condition;

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

-1-

10623/131098

1    IT IS HEREBY STIPULATED that Pam Foulds's claim in the sum of $111,986.15 is hereby

2  reduced to $71,986.15.

3

4  DATED:  June 24, 2011

                                    GOLDBERG, STINNETT, DAVIS & LINCHEY
5                                      A Professional Corporation

6

7                              By:         _____

8                                    Dennis D. Davis, CA Bar #70591
                                    Attorneys for Timothy W. Hoffman, Trustee

9  DATED: ~~June~~ Aug. 24, 2011 ___, 2011

10

11                        _____

12                        Pam Foulds

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

10623/131098