GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DANIEL M. LINCHEY, ESQ. CA Bar #111739
44 Montgomery Street, Suite 850
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for Timothy W. Hoffman, Trustee

**Signed: September 02, 2011**

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re:

CASCADE ACCEPTANCE CORPORATION,

Debtor.

Case No. 09-13960

Chapter 7

### ORDER AUTHORIZING SALE OF REAL PROPERTY BY DEFAULT
(Stony Point Road Property)

Upon the application of Timothy W. Hoffman, trustee ("Trustee") of the above-captioned chapter 7 bankruptcy estate for an order authorizing Trustee to sell the estate's real property located at 3650 Stony Point Road, Santa Rosa, California, Assessor's Parcel No. 134-091-081-000 ("Stony Point Property"), more specifically set forth in the *Motion for Entry of Default re Sale of Real Property (Stony Point Property)* ("Motion") and the supporting declaration of Daniel M. Linchey; no objections or requests for hearing having been filed or served, following due and adequate notice on all appropriate parties, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Motion is granted in its entirety;

2. The Trustee is authorized to sell the Stony Point Property to Gerardo Espinoza for the sum of $53,000;

1

3. The Trustee is authorized to pay any and all outstanding secured real property taxes, closing costs, and all related escrow fees upon the close of escrow from the sale proceeds of the sale of the Stony Point Property;

4. The Trustee is authorized to pay from the sale proceeds at the close of escrow a broker's commission to Coldwell Banker in the amount of $2,650 and a broker's commission to Alain Pinel in the amount of $2,650;

5. The Court finds that Gerardo Espinoza is buying the Stony Point Road Property in good faith;

6. The stay of the sale order provided by Bankruptcy Rule 6004(h) is hereby waived; and

7. The Trustee is authorized to execute any and all documents, and to take any and all reasonable and necessary steps to conclude the foregoing sale.

**END OF ORDER**