Timothy W. Hoffman, Trustee
State Bar No. 114962
Post Office Box 1761
Sebastopol, CA 95473
Telephone No.: (707) 823-1058

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                              )   Case No.: 09-13960
                                                    )
                                                    )   Chapter 7
  Cascade Acceptance Corp.                    )
                                                    )
        Debtor.                             )
                                                    )

TRUSTEE'S REPORT OF SALE

Comes now Timothy W. Hoffman, Trustee, and reports that a sale of the real property located at 3650 Stony Pt. Rd. Santa Rosa, California closed escrow on on September 20, 2011.. The gross sales price was $53,000 with net proceeds of $37,024.82, after taking into consideration the buyer's previous payment of a $1,000.00 deposit . A copy of the Seller Final Closing Statement is attached hereto.

Date: September 26, 2011                  <u>TIMOTHY W. HOFFMAN</u>
                                                  Timothy W. Hoffman, Trustee



# First American Title Company

3333 Mendocino Avenue, Suite 100 • Santa Rosa, CA 95403

## Seller's Final Settlement Statement

**Property:** 3650 Stony Point Road, Santa Rosa, CA 95407

**File No:** 4904-3775036
**Officer:** Maria Anguiano/EM
**New Loan No:**
**Settlement Date:** 09/20/2011
**Disbursement Date:** 09/20/2011
**Print Date:** 09/21/2011, 2:45 PM

**Buyer:** Gerardo Valencia Espinoza
**Address:**
**Seller:** Cascade Acceptance Corporation, A Califo
**Address:**

| Charge Description | Seller Charge | Seller Credit |
|---|---|---|
| **Consideration:** | | |
| Total Consideration | | 53,000.00 |
| | | |
| **Adjustments:** | | |
| deposit to seller from buyer outside of escro | 1,000.00 | |
| | | |
| **Prorations:** | | |
| County Tax 07/01/11 to 09/19/11 @$885.78/semi | 388.26 | |
| | | |
| **Commission:** | | |
| Commission Paid at Settlement to Alain Pinel Realtors | 2,650.00 | |
| Commission Paid at Settlement to Coldwell Banker | 2,650.00 | |
| | | |
| **Title/Escrow Charges to:** | | |
| Notary Fee B to First American Title Company | 20.00 | |
| County Documentary Transfer Tax to First American Title Company | 58.30 | |
| City Documentary Transfer Tax to First American Title Company | 106.00 | |
| | | |
| **Disbursements Paid:** | | |
| defaulted taxes good to September to Sonoma County Tax Collector | 10,102.62 | |
| | | |
| Cash (X To) ( From) Seller | 36,024.82 | |
| | | |
| **Totals** | 53,000.00 | 53,000.00 |