B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re  CASCADE ACCEPTANCE CORPORATI  ,   Case No.  09-13960

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| JANE B. VILAS | JOHN H. EVANS TRUST |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Jane B.Vilas
  10661 N. Golf Link Road Turlock, CA

Court Claim # (if known):  171
Amount of Claim:  $5,451,888.81
Date Claim Filed:  03/11/2010

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: s/ Jane B. Vilas     Date: 10/06/2011
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.