PAUL J. PASCUZZI, State Bar No. 148810
JENNIFER E. NIEMANN, State Bar No. 142151
FELDERSTEIN FITZGERALD WILLOUGHBY &
PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
e-mail: ppascuzzi@ffwplaw.com
e-mail: jniemann@ffwplaw.com

Attorneys for the Official Committee
of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:

CASCADE ACCEPTANCE CORPORATION,

Debtor.

CASE NO. 09-13960-DM

Chapter 11

**NOTICE OF EFFECTIVE DATE OF PLAN OF LIQUIDATION PROPOSED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS (DATED: MAY 10, 2018)**

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that, on July 5, 2018, the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "Bankruptcy Court") entered its Order Confirming Plan of Liquidation Proposed by Official Committee of Unsecured Creditors (Dated: May 10, 2018) [Docket No. 1369] (the "Confirmation Order"), pursuant to which the Bankruptcy Court approved and confirmed the Plan of Liquidation Proposed by Official Committee of Unsecured Creditors (Dated: May 10, 2018) [Docket No. 1324] (the "Plan").[1]

**PLEASE TAKE FURTHER NOTICE** that the Committee has designated September 21, 2018 as the Effective Date of the Plan, as all of the conditions required to be met under the Plan have been met.

**PLEASE TAKE FURTHER NOTICE** that the appointment of Michael F. Burkart, 5150

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan or the Confirmation Order, as applicable.

Fair Oaks Blvd., #101-185, Carmichael, CA 95608, as Plan Administrator is now in effect.

**PLEASE TAKE FURTHER NOTICE** that the following deadlines have been fixed under the terms of the Plan:

    a.    <u>Administrative Claims Bar Date Sections 1.2 and 3.2 of the Plan</u>.

All requests for payment of Administrative Claims, including Claims for fees and expenses incurred by professionals employed in the case, must be filed by the Administrative Claims Bar Date or the holders thereof shall be forever barred from sharing in any distribution under the Plan. The Administrative Claims Bar Date is October 22, 2018, which is the first business day that is thirty (30) days after the Effective Date.

    b.    <u>Professional Fees Claims Bar Date</u>.

Requests for payment of Administrative Claims for fees and expenses incurred by professionals employed in the case must be filed with the bankruptcy court and served no later than the Administrative Claims Bar Date set forth herein.

    c.    <u>Rejection Claim Bar Date.</u>

Any Creditors seeking a Rejection Claim must file a proof of Rejection Claim on the earlier of (a) within thirty (30) days after the Effective Date, (b) such other date established by the court by which entities asserting a Rejection Claim against the Debtor must have filed a proof of Claim or (c) one hundred and twenty (120) days after the Confirmation Date.

**ANY ADMINISTRATIVE CLAIMS, CLAIMS FOR PROFESSIONAL FEES AND EXPENSES OR REJECTION CLAIMS WHICH ARE NOT FILED AND SERVED WITHIN THE TIME PERIODS SET FORTH ABOVE WILL BE FOREVER BARRED.**

Dated: September 21, 2018    FELDERSTEIN FITZGERALD
                                          WILLOUGHBY & PASCUZZI LLP

                                          By:*/s/ Paul J. Pascuzzi*
                                              PAUL J. PASCUZZI
                                              Attorneys for the Official
                                              Committee of Unsecured Creditors